The Court
 

 overruled the evidence,
 
 (a)
 

 A question then arose, whether the jury could include the costs which had accrued on the replevin, in their verdict in the present action. And the Court were clearly of opinion, that they could, and ought to do so.
 

 (b)
 

 Conformable to which was the verdict of the jury.
 

 (a)
 

 See Shewoll v. Fell; 3 Yeates 17; 4 Id. 47.
 

 (b)
 

 Sergeant
 
 having suggested, that both the points in this case had been otherwise determined in a case of Jackson
 
 v.
 
 Webb, Mr. President Shippen said, that the matter was there left, upon equitable circumstances, to the court.